■■■ VICTOR TORRES, Respondent, v LAURA JOHNSON, Appellant.—Order unanimously affirmed without costs for reasons stated in decision at Livingston County Family Court, Houston, J. (Appeal from order of Livingston County Family Court, Houston, J.—custody.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.